Jarrod B. Martin
Texas Bar No. 24070221
**BRADLEY ARANT BOULT CUMMINGS LLP**
600 Travis, Suite 5600
Houston, Texas 77002
P: 713-576-0300 | F: 713-576-0301
E: jbmartin@bradley.com

*Counsel for William Weddington*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| **In re:** § § § **McClain Feed Yard, Inc.,**[1] § § **Debtor.** § § § | | **Case No. 23-20084 (swe)** **Chapter 7** **(Jointly Administered)** |
| **In re:** § § **Kent Ries, Chapter 7 Trustee for the** § **Bankruptcy Estates of McClain Feed** § **Yard, Inc., McClain Farms, Inc., and 7M** § **Cattle Feeders, Inc.,** § § *Plaintiff*, § § **v.** § § **Angela Robinson,** *et. al.*, § § *Defendants*. § | | **Adv. Case No. 25-02003** |

---

[1] The Debtors in these jointly administered cases are: (1) McClain Feed Yard, Inc. (Case No. 23-20084); (2) McClain Farms, Inc. (Case No. 23-20885); and (3) 7M Cattle Feeders, Inc. (Case No. 23-20886). All three cases are being jointly administered under the case number for McClain Feed Yard, Inc.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance on behalf of *William Weddington* pursuant to Section 1109(b) of Title 11 of the United States Code ("**Bankruptcy Code**") and Rule 9010 of the Federal Rules of Bankruptcy Procedure ("**Bankruptcy Rules**") and hereby submits this notice of appearance and requests notice of all hearings and conferences herein and makes demand for service of all papers herein, including all papers and notices pursuant to Bankruptcy Rules 2002, 3017, and 9007. All notices given or required to be given in this case shall be served upon:

Jarrod B. Martin
Texas Bar No. 24070221
Bradley Arant Boult Cummings LLP
600 Travis, Suite 5600
Houston, TX 77002
D: 713.576.0388
F: 713.576.0301
E: jbmartin@bradley.com

Please take further notice that the foregoing request includes notices and papers referred to in the Bankruptcy Rules and includes, without limitation, any plans of reorganization, notices of hearings, orders, pleadings, motions, applications, complaints, demands, requests, petitions, disclosure statements, memoranda, briefs and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, hand delivery, telephone, telecopier, telegraph, or telex.

Dated: September 9, 2025

                                                  Respectfully Submitted,

**BRADLEY ARANT BOULT CUMMINGS LLP**

*/s/ Jarrod B. Martin*
Jarrod B. Martin
Texas Bar No. 24070221
600 Travis, Suite 5600
Houston, Texas 77002
Telephone: 713-576-0388
Facsimile: 713-576-0301
Email: jbmartin@bradley.com

***Counsel for William Weddington***

## CERTIFICATE OF SERVICE

      I hereby certify that on September 9, 2025, a true and correct copy of the foregoing Notice was electronically served on the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District.

                                                  */s/ Jarrod B. Martin*
                                                  Jarrod B. Martin