# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| IN RE: <br><br> MCCLAIN FEED YARD, INC., MCCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC., <br><br> *Debtors.*[1] | Chapter 7 <br><br> CASE NO. 23-20084-swe <br><br> Jointly Administered |
| KENT RIES, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATES OF MCCLAIN FEED YARD, INC., MCCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> ANGELA ROBINSON, et al., <br><br> *Defendants.*[2] | ADV. PROC. NO. 25-02003-swe <br><br> Honorable Scott W. Everett |

---

[1] The Debtors in these chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-swe), McClain Farms, Inc. (Case No. 23-20085-swe), and 7M Cattle Feeders, Inc. (Case No. 23-20086-swe).

[2] The Defendants named in the First Amended Complaint are Angela Robinson, Terry Robinson, Rebecca Robinson, 2B Farms, Arnold Braun, Arnold Braun Trust, Robert Bruan, C Heart Ranch LLC, Colette Lesh f/k/a Colette Brooks, Jan Lesh, Gary Lesh, Jared Lesh, Lesh Trucking, Joel Lesh, Lazy J Arena, Morrison Café, LLC, Gary Lesh Trust, Lesh Family Trust, Katie Lesh, Jordan Lesh, Jared Lesh Cowhorses, Inc., Gray Brothers Cattle, Gray Family Trust, Ronnie Gray, Robert Gray, Bradley Gungoll, Gungoll Cattle Co. LLC, Wade Gungoll, William Gungoll, Cory Jesko, Jeff Jesko, Dwight Jesko, Patricia Jesko, Daniel Jesko, Daniel Jesco Farms, Don Jones Trucking, Inc.,  Curt Jones, Kinsey Jones, Curtis Jones Farms, Don Jones Farm, Inc., Don Jones, Jones Family Cattle, Ridgefield Capital Asset Management, L.P., Robert Ellis, Elizabeth Ellis, Robert and Elizabeth Family Foundation, TGF Ranch, Thomas Frith, Wildforest Cattle Co., LLC, Sam Brown, Colby Vanbuskirk, Lyndal Vanbuskirk, Janet Vanbuskirk, Frank Vanbuskirk, Susan Vanbuskirk, Sam Vanbuskirk, Charles Lockwood, Nikki Lockwood, Cole Lockwood, Sherle Lockwood, Priest Victory Investment, LLC, Priest Cattle Company, LTD., Corey Priest, Tyler Pittman, Pittman Farms, DAC83 LLC, Open A Arena, LLC, Doug Pritchett, 2DEEP Construction LLC, Brandon Dufurrena, Rieta Dufurrena, Ed Dufurrena, Scarlet & Black Cattle, LLC, Red Raider Cattle, LLC, Carraway Cattle LLC, Richard Carraway, Robert Carraway, Gene Brookshire Family LP, Joel Brookshire, Carla Brookshire, Philip Rapp, Rapp Ranch, Big Seven Capital Partners, LLC, Bryan Blackman, Bravo Golf Aviation LLC, Dennis Buss, Edwin Buss, Bettye Butler, Billy Butler, Caleb Little, Dannie Winfrey, Diamond B Productions LLC, Eric Dejarnatt, Edwin Stewart, Ernest Gard, Gale Force Quarter Horses, Garwood Cattle Company, J&S Investments, Jim Rininger, Jimmy Greer, Peggy Greer, Joe Burnett, Dustin Johnson, Keith Harris Farms, Map Enterprises, Inc., Michael Cooper, Patrick Baker, Ralph Reisz, Veronica Reisz, Robert Stewart, Roger Welch, Rose Valley Ranch, Sawmill Creek LLC, Scott Stewart, Scott Livestock Company, Inc.,  Stanley Keith Myers, Tommy Manion Ranch, Inc., Brent Burnett, Codie Perry, Mykel Tidwell, Rick Rodgers, Stanley Ayers, Thorlakson Diamond T Feeders, LP, Wiley Roby Russell, Jr. As

# SECOND AMENDED STIPULATION REGARDING WAIVER OF SERVICE OF SUMMONS
# (THIS FILING AMENDS DKT #47)

Kent Ries, the Chapter 7 Trustee of the bankruptcy estates of McClain Feed Yard, Inc. (Case No. 23-20084-swe), McClain Farms, Inc. (Case No. 23-20085-swe), and 7M Cattle Feeders, Inc. (Case No. 23-20086-swe) and plaintiff in the above-captioned adversary proceeding (the "Trustee") and Chelsea McClain (collectively the "Defendant," and together with the Trustee, the "Parties") hereby agree and stipulate as follows:

1. On March 2, 2025, the Trustee instituted the above-captioned adversary proceeding (the "Adversary Proceeding") by the filing of his Original Complaint for: (1) Avoidance and Recovery of Preferences and Fraudulent Transfers; (2) Disallowance and Subordination of Claims; and (3) Other Relief (Dkt. No. 1) (the "Complaint"). The Trustee amended the Complaint on April 26, 2025 by the filing of his First Amended Complaint for: (1) Avoidance and Recovery of Preferences and Fraudulent Transfers; (2) Disallowance and Subordination of Claims; and (3) Other Relief (Dkt. No. 9) (the "Amended Complaint").

2. The Defendant is represented by the undersigned counsel in the Adversary Proceeding, and the undersigned counsel has the authority to agree to the terms of this Stipulation on behalf of the Defendant.

3. The Defendant agrees to waive issuance and service of a summons in this action. The Parties agree that the Defendant's response date to the Amended Complaint will be October 31, 2025. If the Defendant fails to timely respond, a default judgment may be entered against the Defendant. This Stipulation is without prejudice to any further extension of the response date or objections thereto.

4. The Defendant reserves all defenses or objections to the Amended Complaint, including but not limited to the court's jurisdiction, and the venue of the action. By their agreement hereto, the Defendant waives only any objections to the absence of issuance or summons or of service.

5. The Defendant represents and agrees that her correct legal name for the purposes of the allegations and claims in the Adversary Proceeding is as follows:

Chelsea McClain

---

Trustee of the W. Robbie Russell Living Trust, WJ Performance Horses, Heartland Coop, Land O Lakes AG Service, Reinert Hay Co., Vet Industries Feed & Supply, White Energy, Crystal McClain, Chelsea McClain, Piper McClain, Kristin McClain, Colton Scott Long, Scott Skinner, Keeling Cattle Feeders, Thomas Thorlakson, Jared Grell, John Tidwell, Kingdom Trust Company, Mark Fricouf, Michael Evans, William Weddington, Nathan Michael Hoyle, Joshua Ray Drake, Drake Cattle Company, & Perez Livestock LLC.

**AGREED:**

**/s/Hudson M. Jobe**
Hudson M. Jobe
Texas Bar No. 24041189
**JOBE LAW PLLC**
6060 North Central Expressway, Suite 500
Dallas, Texas 75206
(214) 807-0563
hjobe@jobelawpllc.com

**SPECIAL COUNSEL TO THE TRUSTEE**

**/s/Stephen Barnes**
Stephen Barnes (admitted Pro Hac Vice)
Kentucky Bar No. 89762
Walther, Gay & Mack PLC
163 E. Main Street, Suite 200
Lexington, Kentucky 40507
Tel: (859) 225-4714
Fax: (859) 225-1493
sbarnes@wgmfirm.com

**COUNSEL TO THE DEFENDANT**

**/s/Chandler Patterson**
Chandler Patterson
Texas Bar No. 24121293
William Franklin
Texas Bar No. 24007200
Boerner, Dennis, & Franklin, PLLC
P.O. Box 1738
Lubbock, Texas 749408
920 Ave. Q
Lubbock, Texas 79401
Tel: (806) 763-0044
Fax: (806) 763-2084
cpatterson@bdflawfirm.com
bfranklin@bdflawfirm.com

**COUNSEL TO THE DEFENDANT**