

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.



**Signed August 27, 2025**

_____
**United States Bankruptcy Judge**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BLUE DUCK ENERGY, LTD. | § | CASE NO. 24-20224-BWO11 |
| CORPORATION, | § | (CHAPTER 11) |
| | § | |
| DEBTOR | § | |
| | | |
| JETTEXAS OIL, LLC AND, | § | |
| GARRETT JOHNSON, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | |
| | § | ADV. NO. 24-02006-BWO |
| STEWART HOGE, JAMES KONDZIELA, | § | |
| HOGE & GAMEROS, LLP, BLUE DUCK | § | |
| ENERGY, LTD., INDIAN TERRITORY | § | |
| HOLDINGS, LLC, SETH WADLEY, | § | |
| AN INDIVIDUAL, WADLEY FAMILY | § | |
| INVESTMENTS, LLC, PURPLE DOG | § | |
| INVESTMENTS, LLC, Q | § | |
| BLUE DUCK GP, LLC, | § | |

1

| | |
|---|---|
| AND STEWART B. HOGE, PC, | § |
| | § |
| DEFENDANTS, | § |
| | § |
| v. | § |
| | § |
| BRANDI E. JOHNSON, AND | § |
| JACOB JACK" ZEIGLER, | § |
| | § |
| THIRD PARTY DEFENDANTS | § |

**ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE
THE HOGE AND WADLEY PARTIES'
<u>SUMMARY JUDGMENT REPLY</u>**

CAME ON FOR CONSIDERATION Plaintiffs' Motion to Strike the Hoge and Wadley Parties Summary Judgment Reply [Adv. Dkt. 123] ("Strike Motion") filed by JetTexas Oil, LLC and Garrett Johnson ("Movants). The Court finds that grounds exist to grant the Strike Motion and to Strike the Hoge and Wadley Parties' (1) Summary Judgment Reply [Adv. Dkt 120] ("Reply") and (2) Supplemental Appendix in Support of Motion for Summary Judgment [Adv. Dkt. 120-1] ("Supplemental Appendix"). The Court further finds that notice of the Strike Motion was proper and adequate under the circumstances. Based on these findings, and for good and sufficient cause shown,

**IT IS THEREFORE ORDERED** that the Strike Motion is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the Reply [Adv. Dkt. 120] and Supplemental Appendix [Adv. Dkt. 120-1] are hereby deemed struck from the record and will not be considered by the Court in adjudicating any party's dispositive motion set for hearing on August 26, 2025.

###END OF ORDER###

**Order submitted by:**

Jose M. Portela
State Bar No. 90001241
jose@bptriallaw.com
Matthew J. McGowan
State Bar No. 24098077
matthew@bptriallaw.com
BECKHAM PORTELA
3400 Carlisle, Suite 550
Dallas, Texas 75204
214-965-9300 – Telephone
214-965-9301 – Facsimile

– AND –

Hudson M. Jobe
Texas Bar No. 24041189
JOBE LAW PLLC
6060 North Central Expressway, Suite 500
Dallas, Texas 75206
(214) 807-0563
hjobe@jobelawpllc.com

ATTORNEYS FOR JETTEXAS OIL, LLC
AND GARRETT JOHNSON

United States Bankruptcy Court

Northern District of Texas

JetTexas Oil, LLC,
    Plaintiff

Hoge,
    Defendant

Adv. Proc. No. 24-02006-bwo

# CERTIFICATE OF NOTICE

District/off: 0539-2      User: admin      Page 1 of 3
Date Rcvd: Aug 28, 2025      Form ID: pdf023      Total Noticed: 6

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| tr | + | Jason A. Rae, 400 N. St. Paul, Suite 600, Dallas, TX 75201-6805 |
| dft | + | BLUE DUCK ENERGY, LTD., 6116 N. Central Expressway, Suite 1450, Dallas, TX 75206-5102 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Aug 28 2025 22:17:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Aug 28 2025 22:17:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |
| ust | + | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Aug 28 2025 22:17:00 | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Aug 28 2025 22:17:00 | United States Trustee - WA12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Blue Duck GP, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 30, 2025      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Eric Thomas Haitz | on behalf of Defendant BLUE DUCK ENERGY LTD. eric.haitz@bondsellis.com, linda.gordon@bondsellis.com |
| Hudson M. Jobe | on behalf of Plaintiff Garrett Johnson hjobe@jobelawpllc.com cswoveland@jobelawpllc.com;9222306420@filings.docketbird.com;mberryman@jobelawpllc.com |
| Hudson M. Jobe | on behalf of Plaintiff JetTexas Oil LLC hjobe@jobelawpllc.com, cswoveland@jobelawpllc.com;9222306420@filings.docketbird.com;mberryman@jobelawpllc.com |
| Jeffrey M Tillotson | on behalf of Defendant James Kondziela jtillotson@tillotsonlaw.com klytle@tillotsonlaw.com |
| Jonathan Summerfield Petree | on behalf of Trustee Jason A. Rae jpetree@munsch.com CourtMail@munsch.com |
| Jose M. Portela | on behalf of Plaintiff Garrett Johnson jose@bptriallaw.com yesenia@bptriallaw.com |
| Jose M. Portela | on behalf of Plaintiff JetTexas Oil LLC jose@bptriallaw.com, yesenia@bptriallaw.com |
| Joshua N. Eppich | on behalf of Defendant BLUE DUCK ENERGY LTD. Joshua@BondsEllis.com, linda.gordon@bondsellis.com |
| Julian Preston Vasek | on behalf of Trustee Jason A. Rae jvasek@munsch.com CourtMail@munsch.com |
| Matthew J McGowan | on behalf of Plaintiff JetTexas Oil LLC matthew@bptriallaw.com, matthewmcgowan7@gmail.com |
| Matthew J McGowan | on behalf of Plaintiff Garrett Johnson matthew@bptriallaw.com matthewmcgowan7@gmail.com |
| Seymour Roberts, Jr. | on behalf of Defendant Seth Wadley sroberts@fflawoffice.com nalmaleh@fflawoffice.com |
| Seymour Roberts, Jr. | on behalf of Defendant Purple Dog Investments LLC sroberts@fflawoffice.com, nalmaleh@fflawoffice.com |
| Seymour Roberts, Jr. | on behalf of Defendant Indian Territory Holdings LLC sroberts@fflawoffice.com, nalmaleh@fflawoffice.com |
| Seymour Roberts, Jr. | on behalf of Defendant Hoge & Gameros LLP sroberts@fflawoffice.com, nalmaleh@fflawoffice.com |
| Seymour Roberts, Jr. | on behalf of Defendant Stewart B. Hoge PC sroberts@fflawoffice.com, nalmaleh@fflawoffice.com |
| Seymour Roberts, Jr. | on behalf of Defendant Stewart Hoge sroberts@fflawoffice.com nalmaleh@fflawoffice.com |
| Seymour Roberts, Jr. | on behalf of Defendant Wadley Family Investments LLC sroberts@fflawoffice.com, nalmaleh@fflawoffice.com |
| Thomas Daniel Berghman | on behalf of Trustee Jason A. Rae tberghman@munsch.com amays@munsch.com,CourtMail@munsch.com;hvalentine@munsch.com |
| William Carter Boisvert | on behalf of Defendant Seth Wadley cboisvert@fflawoffice.com nalmaleh@fflawoffice.com |
| William Carter Boisvert | on behalf of Defendant Hoge & Gameros LLP cboisvert@fflawoffice.com, nalmaleh@fflawoffice.com |
| William Carter Boisvert | on behalf of Defendant Purple Dog Investments LLC cboisvert@fflawoffice.com, nalmaleh@fflawoffice.com |
| William Carter Boisvert | on behalf of Defendant Stewart Hoge cboisvert@fflawoffice.com nalmaleh@fflawoffice.com |
| William Carter Boisvert | on behalf of Defendant Indian Territory Holdings LLC cboisvert@fflawoffice.com, nalmaleh@fflawoffice.com |

District/off: 0539-2 | User: admin | Page 3 of 3
Date Rcvd: Aug 28, 2025 | Form ID: pdf023 | Total Noticed: 6

William Carter Boisvert
        on behalf of Defendant Stewart B. Hoge  PC cboisvert@fflawoffice.com, nalmaleh@fflawoffice.com

William Carter Boisvert
        on behalf of Defendant Wadley Family Investments  LLC cboisvert@fflawoffice.com, nalmaleh@fflawoffice.com

TOTAL: 26