

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed August 28, 2025

United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| Blue Duck Energy, Ltd., | § § | Case No. 24-20224-bwo11 |
| Debtor. | § § § | |
| JetTexas Oil, LLC, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Adversary No. 24-02006-bwo |
| Stewart Hoge, *et al.*, | § § § | |
| Defendants. | § § | |

## AMENDED SCHEDULING ORDER

On August 26, 2025, the Court commenced a hearing to consider Jason A. Rae's, chapter 11 trustee for debtor and defendant Blue Duck Energy, Ltd. (the "Chapter 11 Trustee"), *Expedited Motion to Bifurcate or Continue Trial* (the

1

"Motion"). Case No. 24-02006, ECF No. 101. For the reasons stated on the record, the Court finds that there is sufficient cause to grant, in part, the relief requested in the Motion by resetting the trial date in this adversary proceeding and amending the Court's prior scheduling order. It is, therefore

ORDERED that the Chapter 11 Trustee's request for a continuance is granted and the request to bifurcate trial in this adversary proceeding is denied; it is further

ORDERED that the October 20, 2025, trial setting in this case is cancelled. Trial is reset to commence at the J. Marvin Jones Federal Building, 205 Southeast Fifth Avenue, Amarillo, Texas, on **February 17, 2026, at 9:00 a.m.** Docket call for this trial will be held on **February 11, 2026, at 1:30 p.m.** via WebEx. The meeting/dial-in information for this docket can be found on the Court's website (www.txnb.uscourts.gov) under Judge Odell's Hearing Dates and Calendar tab. A pre-trial conference shall be scheduled by the parties at least 7 calendar days prior to the trial docket call if the parties anticipate that trial will exceed 1 day or if there are preliminary matters that should be addressed by the Court prior to the commencement of trial; it is further

ORDERED that the names, addresses, and reports of experts to be called by the Chapter 11 Trustee must be exchanged by **September 30, 2025**. Names, addresses, and reports of rebuttal experts to the Chapter 11 Trustee's claims or causes of action must be exchanged by **October 15, 2025**; it is further

ORDERED that the Chapter 11 Trustee is permitted to propound discovery on the Plaintiffs, Defendants, and Third-Party Defendants, and the Plaintiffs,

Defendants, and Third-Party Defendants are permitted to propound discovery on the Chapter 11 Trustee. Such discovery must be completed by **October 31, 2025**; it is further

ORDERED that all deadlines stated in the Court's June 2 *Pre-Trial Scheduling Order* (Case No. 24-02006, ECF No. 78) are unchanged, except for the following:

1. **Motion to Withdraw the Reference.** Any motions to withdraw the automatic reference to the Bankruptcy Court must be filed no later than **October 15, 2025**. Failure to file a motion to withdraw the reference shall constitute the party's consent to entry of final orders and judgments in this matter by this Court and a waiver of any trial by jury.

2. **Joint Pre-Trial Order.** A Joint Pre-Trial Order in compliance with Local District Court Rule 16.4 shall be filed, served, and uploaded for Court entry no later than **February 4, 2026**. All counsel (or a pro se party) are responsible for preparing the Joint Pre-Trial Order, which shall contain the following: (a) a summary of the claims and defenses of each party; (b) a statement of the stipulated facts; (c) a list of the contested issues of fact; (d) a list of the contested issues of law; (e) an estimate of the length of trial; (f) a list of additional matters which would aid in the disposition of the case; and (g) the signature of each attorney (or pro se party).

3. **Proposed Findings of Fact and Conclusions of Law.** Written Proposed Findings of Fact and Conclusions of Law shall be filed no later than **February 4, 2026**.

4. **Exhibits and Witnesses.** Each exhibit shall be marked with an exhibit label. Except for impeachment or rebuttal documents, all exhibits along with a list of witnesses to be called shall be exchanged with opposing counsel (or pro se party) no later than **January 28, 2026**. Each party shall also file a list of witnesses and exhibits on the Court's docket no later than **January 28, 2026**. With each party's witness and exhibit list, the party shall file all exhibits, other than impeachment or rebuttal documents, on the docket.

5. **Objections to Exhibits.** Objections to Exhibits shall be filed no later than **February 4, 2026**. All exhibits not objected to in writing by February 4, 2026, shall be admitted into evidence at trial without further proof, except for objections to relevance. Written objections to exhibits will be taken up either at any scheduled pretrial conference or at the beginning of or during trial.

6. **Trial Briefs.** Trial Briefs shall be filed addressing the contested issues of law no later than **February 4, 2026**; it is further

ORDERED that the Court will consider any requests to amend the deadlines set forth herein only upon motion and for good cause shown; it is further

ORDERED that the pre-trial deadlines set forth herein are without prejudice to any party requesting, by motion, the opportunity to file dispositive motions to any new claims or causes of action alleged by the Chapter 11 Trustee in this adversary proceeding; and it is finally

ORDERED that the Court retains jurisdiction to interpret and enforce this Order.

### End of Order ###

United States Bankruptcy Court

Northern District of Texas

JetTexas Oil, LLC,
    Plaintiff

Adv. Proc. No. 24-02006-bwo

Hoge,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 29, 2025 | Form ID: pdf001 | Total Noticed: 6 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| tr | + | Jason A. Rae, 400 N. St. Paul, Suite 600, Dallas, TX 75201-6805 |
| dft | + | BLUE DUCK ENERGY, LTD., 6116 N. Central Expressway, Suite 1450, Dallas, TX 75206-5102 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Aug 29 2025 21:47:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Aug 29 2025 21:47:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |
| ust | + | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Aug 29 2025 21:47:00 | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Aug 29 2025 21:47:00 | United States Trustee - WA12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Blue Duck GP, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 31, 2025      Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Eric Thomas Haitz | on behalf of Defendant BLUE DUCK ENERGY LTD. eric.haitz@bondsellis.com, linda.gordon@bondsellis.com |
| Hudson M. Jobe | on behalf of Plaintiff Garrett Johnson hjobe@jobelawpllc.com cswoveland@jobelawpllc.com;9222306420@filings.docketbird.com;mberryman@jobelawpllc.com |
| Hudson M. Jobe | on behalf of Plaintiff JetTexas Oil LLC hjobe@jobelawpllc.com, cswoveland@jobelawpllc.com;9222306420@filings.docketbird.com;mberryman@jobelawpllc.com |
| Jeffrey M Tillotson | on behalf of Defendant James Kondziela jtillotson@tillotsonlaw.com klytle@tillotsonlaw.com |
| Jonathan Summerfield Petree | on behalf of Trustee Jason A. Rae jpetree@munsch.com CourtMail@munsch.com |
| Jose M. Portela | on behalf of Plaintiff Garrett Johnson jose@bptriallaw.com yesenia@bptriallaw.com |
| Jose M. Portela | on behalf of Plaintiff JetTexas Oil LLC jose@bptriallaw.com, yesenia@bptriallaw.com |
| Joshua N. Eppich | on behalf of Defendant BLUE DUCK ENERGY LTD. Joshua@BondsEllis.com, linda.gordon@bondsellis.com |
| Julian Preston Vasek | on behalf of Trustee Jason A. Rae jvasek@munsch.com CourtMail@munsch.com |
| Matthew J McGowan | on behalf of Plaintiff JetTexas Oil LLC matthew@bptriallaw.com, matthewmcgowan7@gmail.com |
| Matthew J McGowan | on behalf of Plaintiff Garrett Johnson matthew@bptriallaw.com matthewmcgowan7@gmail.com |
| Seymour Roberts, Jr. | on behalf of Defendant Seth Wadley sroberts@fflawoffice.com nalmaleh@fflawoffice.com |
| Seymour Roberts, Jr. | on behalf of Defendant Purple Dog Investments LLC sroberts@fflawoffice.com, nalmaleh@fflawoffice.com |
| Seymour Roberts, Jr. | on behalf of Defendant Indian Territory Holdings LLC sroberts@fflawoffice.com, nalmaleh@fflawoffice.com |
| Seymour Roberts, Jr. | on behalf of Defendant Hoge & Gameros LLP sroberts@fflawoffice.com, nalmaleh@fflawoffice.com |
| Seymour Roberts, Jr. | on behalf of Defendant Stewart B. Hoge PC sroberts@fflawoffice.com, nalmaleh@fflawoffice.com |
| Seymour Roberts, Jr. | on behalf of Defendant Stewart Hoge sroberts@fflawoffice.com nalmaleh@fflawoffice.com |
| Seymour Roberts, Jr. | on behalf of Defendant Wadley Family Investments LLC sroberts@fflawoffice.com, nalmaleh@fflawoffice.com |
| Thomas Daniel Berghman | on behalf of Trustee Jason A. Rae tberghman@munsch.com amays@munsch.com,CourtMail@munsch.com;hvalentine@munsch.com |
| William Carter Boisvert | on behalf of Defendant Seth Wadley cboisvert@fflawoffice.com nalmaleh@fflawoffice.com |
| William Carter Boisvert | on behalf of Defendant Hoge & Gameros LLP cboisvert@fflawoffice.com, nalmaleh@fflawoffice.com |
| William Carter Boisvert | on behalf of Defendant Purple Dog Investments LLC cboisvert@fflawoffice.com, nalmaleh@fflawoffice.com |
| William Carter Boisvert | on behalf of Defendant Stewart Hoge cboisvert@fflawoffice.com nalmaleh@fflawoffice.com |
| William Carter Boisvert | on behalf of Defendant Indian Territory Holdings LLC cboisvert@fflawoffice.com, nalmaleh@fflawoffice.com |

District/off: 0539-2     User: admin     Page 3 of 3
Date Rcvd: Aug 29, 2025     Form ID: pdf001     Total Noticed: 6

William Carter Boisvert
    on behalf of Defendant Stewart B. Hoge  PC cboisvert@fflawoffice.com, nalmaleh@fflawoffice.com

William Carter Boisvert
    on behalf of Defendant Wadley Family Investments  LLC cboisvert@fflawoffice.com, nalmaleh@fflawoffice.com

TOTAL: 26