**EXHIBIT "A"**

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | § | |
| | § | **KNOW ALL MEN BY THESE PRESENTS:** |
| **DALLAS COUNTY** | § | |

## AMENDED DECLARATION OF ALAN DABDOUB

1. I am a resident of Dallas, Dallas County, Texas; am over the age of 21 years and am of sound mind and have never been convicted of an offense.

2. I am an attorney admitted to practice in the State of Texas and possess all of the qualifications of an attorney in the State of Texas.

3. My firm and I were retained by the Trustee as special counsel to pursue numerous claims that the Debtors' estates have against various defendants, including the claims set forth in the Adversary Proceeding entitled *Kent Ries, Chapter 7 Trustee for the Bankruptcy Estates of McClain Feed Yard, Inc., McClain Farms, Inc., and 7M Cattle Feeders, Inc. v. Community Financial Services Bank, HTLF Bank, Mechanics Bank and Rabo Agrifinance, LLC*, Case No. 25-02005, in the United States Bankruptcy Court for the Northern District of Texas (Amarillo Division).

3. In connection with the Trustee's claims against defendant HTLF Bank, I have learned that one of the insurers for HTLF Bank is Houston Casualty Company (HCC). HCC is a subsidiary of Tokio Marine Holdings, Inc.

4. While my firm does not represent Houston Casualty Company, my firm has represented and is representing (in completely separate matters) two separate subsidiaries of Tokio Marine Holdings, Inc.: Tokio Marine Kiln and Tokio Marine Highland. Tokio Marine Kiln, Tokio Marine Highland and HCC are all subsidiaries of Tokio Marine Holdings, Inc. I am not personally involved in the firm's representation of Tokio Marine Kiln and/or Tokio Marine Highland, and the attorneys at the firm who are involved in representing those two entities are not involved in representing the Trustee.

4. This amended declaration is provided in an abundance of caution and in the interest full disclosure. I do not believe that these other representations create a conflict or constitute the representation of an "adverse interest" with respect to the instant Trustee representation, including prosecution of claims against HTLF. It is not currently anticipated this case will involve the pursuit of claims against HCC. In the event such claims are pursued, I believe that my firm would likewise not have a conflict with representing the Trustee in such claims. In the event that the firm is unable or unwilling to assist the Trustee with the pursuit of any such possible direct claims, the firm will assist the Trustee in retaining separate counsel and making appropriate financial arrangements under the current contingency fee agreement To the best of my knowledge and belief and except as set forth above, Lynn Pinker Hurst & Schwegmann LLP remains disinterested and has no

connection with the Debtor, creditors of the estate, any party in the United States Trustee's office or any other parties. Similarly, to the best of my knowledge and belief, Lynn Pinker Hurst & Schwegmann LLP does not have an interest adverse to the Estate.

Dated: September 3, 2025.

_____
Alan Dabdoub

**CONFLICT LIST**

Brian McClain
Rabo AgriFinance
Mechanics Bank
MAP Enterprises
Wild Horse Cattle Co. (Kentucky entities)
Community First Bank in Kentucky
2B Farms
AJ Jacques Living Trust
Arnold Braun
Arnold Braun Trust
Dr. Arnold Braun
Buss Family Trust
Caterpillar Financial Services Corporation
First Kentucky Bank
Gene Brookshire Family, LP
Gray Brothers
Gungoll Cattle LLC
Jordan Lesh, LLC
Lesh Family Trust
Morrison Café LLC
Northland Capital Financial Services LLC
Scarlet and Black Cattle LLC
Scott Livestock Company Inc.
Steve T. Scott Farms, Inc.
W. Robbie Russell Living Trust
Acey Livestock LLC
Ag Texas Farm Credit Services
AgTexas, PCA
Angela Powell
Bar D Ranch Land & Cattle LLC
Big Seven Capital Partners LLC
Bo Robinson
Bryan Blackman

C Heart Ranch LLC
Cactus Feeders Finance LLC
Cactus Operating LLC
Caleb Little
Carl Pickett
Carraway Cattle
Chelsea Waters McClain
Kentucky Department of Agriculture
Cody L. Simmons
Colton Long
Community Financial Services Bank
Cory Don Priest
Crystal McClain
Curtis Jones
Curtis Jones Farms LLC
David Rainey
Death Creek Farms LLC
Don Jones
Don Jones Farm Inc.
Don Jones Trucking Inc.
Douglas Pritchett
Dwight Jesko
Eric Dejarnatt
First Capital Bank of Texas
First Kentucky Bank
Friona Industries, L.P.
Frontier Farm Credit
Garwood Cattle Company LLC
Hines Cattle Company LLC
Hines Farms LLC
J. Brent Burnett
Jake Rininger
Jared Lesh Cowhorses Inc.
Jared Wayne Lesh
Jed Goad
JLE Trucking, Inc.
Jimmy D. Greer
John Dale Tidwell

Jordan Robert Lesh
Jordan and Jan Lesh
Julie Whitlock
Justin Stuever
Keeling Cattle Feeders, Inc.
Keith Harris Farms, Inc.
Kenneth Netardus
Kinsey Jones
Lazy J Arena, LLC
Lazy J Cattle
Lesh Family Trust
Lesh Trucking
Lyndal Van Buskirk
Meagan B. Goad
Meagan B. Powell
Michael Gourley
Mykel Linn Tidwell
Oklahoma AgCredit
Open A Arena LLC
Patty Priest
Priest Cattle Company, Ltd.
Priest Cattle and Land Company, Inc.
Priest Victory Investment LLC
Producers Credit Corporation
Rapp Ranch
Rick Rodgers
Riley Livestock
Robert Braun
Samuel S. Brown
Shaw & Shaw Farms Partnership, LLC
Sherman Trucking
Stanley Ayers
TGF Ranch
Takeuchi Financial Services
Terry Burnett
Thorlakson Feedyards
Tom Thorlakson

| | | |
|---|---|---|
| WJ Performance Horses, Inc. | Dustin Johnson | Robert & Rachel Steward |
| Wildforest Cattle Company LLC | Eddie Bryant | Ronnie Gray |
| | Eddie Stewart | Sherle Lockwood |
| | Gary Lesh | Steve Ryan |
| Amy Sutton | Janet Van Buskirk | Steven Hines |
| Charles Lockwood | Janice Lawhon | Susan Van Buskirk |
| Colby Van Buskirk | Joel Brookshire | Wiley Russell, Jr. |
| Cole Lockwood | Leah Gungoll | Wiley Roby Russell, Jr. |
| Craig Sutton | Michael Evans | BJM Sales & Service |
| Don Hines | Miranda Evans | Heartland Co-Op |
| Dennis Buss | Nikki Lockwood | Purina Animal Nutrition LLC |
| Dora Blackman | Robert Spring | |
| Douglas Finley | Robert Gray | |